LILLIAN KHOSRAVI, ESQ. 316930
LAW OFFICE OF LILLIAN KHOSRAVI
3275 E. THOUSAND OAKS BLVD. SUITE 211
THOUSAND OAKS, CA 91362
805 428 1253
LILLIAN@KHOSRAVILAW.COM

*Attorney for Defendants Kate Krawczyk and Physician ROI, LLC*

## UNITED STATES DISTRICT COURT
## THE CENTRAL DISTRICT OF CALIFORNIA

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

**INTERNATIONAL CELL SURGICAL SOCIETY ET AL.,**

    *Plaintiffs,*

                **Case No. 5:23-cv-00698-DOC-KK**

    *v.*

**KATE KRAWCZYK ET AL.,**

    *Defendants.*

1

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – –X

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED and AGREED by and between Plaintiffs International Cell Surgical Society, Cell Surgical Network Corporation, and California Stem Cell Treatment Center, Inc. and Defendants Kate Krawczyk and Physician ROI, LLC, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7-1 and 52-4.1, that:

Defendants' time to respond to, move, or otherwise respond to Plaintiffs' Complaint filed on or about 02 March 2023 ("Complaint") is extended twenty-one days from 27 April 2023 to 18 May 2023. Good cause exists for the agreed extension for the following reasons:

- Defendants' delay in responding was caused by Defendants' trouble finding an attorney willing to represent them in this case.

- Plaintiffs and Defendants agree that an extension is necessary because both Parties are seeking to settle this case and both Parties need the extra time to carry out settlement negotiations. Furthermore, both Parties agree to the following:

- This stipulation or extension does not constitute a waiver of any claim, right, or defense.

- The requested extension will not affect any of the other dates set in the case.

**Dated**: 25 April 2023

**Respectfully Submitted,**

| | |
|---|---|
| By: /s/MARVIN H. WEISS/ | BY: /s/LILLIAN KHOSRAVI/ |
| Law Offices of Marvin H. Weiss | LILLIAN KHOSRAVI, ESQ. |
| Marvin H. Weiss, SBN 35735 | 316930 |
| 74-075 El Paseo, Suite A-3 | LAW OFFICE OF LILLIAN KHOSRAVI |
| Palm Desert, CA 92260 | 3275 E. THOUSAND OAKS BLVD. SUITE 211 |
| mhwesq@me.com | THOUSAND OAKS, CA 91362 |
| 760-340-2500 | 805 428 1253 |
| | LILLIAN@KHOSRAVILAW.COM |
| *Attorney for Plaintiffs International Cell Surgical Society, Cell Surgical Network Corporation, and California Stem Cell Treatment Center, Inc.* | *Attorney for Defendants Kate Krawczyk and Physician ROI, LLC* |