UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF CALIFORNIA

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― X

**International Cell Surgical Society et al.,**

    *Plaintiffs,*

                      **Case No: 5:23-cv-00698-DOC-KK**

    *v.*

**Kate Krawczyk et al.,**

    *Defendants.*

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

**[PROPOSED] ORDER GRANTING THE PARTIES STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND**

Having considered the Parties Stipulation to Extend Time to Respond, this Court hereby rules as follows:

- The Parties Stipulation to Extend Time to Respond to Plaintiffs' Complaint is **GRANTED**, and therefore the new deadline for

1

Defendants to respond to Plaintiffs' Complaint is extended by twenty-one days from 27 April 2023 to 18 May 2023.

**SO ORDERED.**

**Dated**:

_____

Hon. David O. Carter

United States District Court Judge