1  MARVIN H. WEISS, SBN 35735
   LAW OFFICES OF MARVIN H. WEISS
2  74-075 El Paseo, A-3
   Palm Desert, California 92260-4145
3  Telephone: (760) 340-2500
   Facsimile: (760) 462-3815
4  mhwesq@me.com
5
   Attorney for Plaintiffs
6  International Cell Surgical Society, Cell
   Surgical Network Corporation, and
7  California Stem Cell Treatment Center, Inc.
8  LILLIAN KHOSRAVI, ESQ., SBN 316930
   LAW OFFICE OF LILLIAN KHOSRAVI
9  3275 E. Thousand Oaks, Blvd, Suite 211
10 Thousand Oaks, CA 91362
   Telephone: (805) 428-1253
11 lillian@khosravilaw.com
12
   Attorney for Defendants KATE
13 KRAWCZYK, an individual and
   PHYSICIAN ROI, LLC, a Delaware Limited
14 Liability Company.
15
                **UNITED STATES DISTRICT COURT**
16
                **CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| INTERNATIONAL CELL SURGICAL SOCIETY, a California Public Benefit Nonprofit Corporation, CELL SURGICAL NETWORK CORPORATION, a California Corporation, CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California Corporation,<br><br>     Plaintiffs,<br><br>     v.<br><br>KATE KRAWCZYK, an individual, PHYSICIAN ROI, LLC, a Delaware Limited Liability Company, and DOES 1 through 40, inclusive<br><br>     Defendants. | CASE NO. 5:23-CV-00698<br><br>**JOINT REQUEST TO CONTINUE STATUS CONFERENCE** |

Page **1** of **2**

JOINT REQUEST TO CONTINUE STATUS CONFERENCE

Plaintiffs INTERNATIONAL CELL SURGICAL SOCIETY, CELL SURGICAL NETWORK CORPORATION, a California Corporation, and CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California Corporation **("Plaintiffs")** and Defendants KATE KRAWCZYK, an individual and PHYSICIAN ROI, LLC a Delaware Limited Liability Company **("Defendants") (collectively "the Parties")** hereby respectfully request that the status conference in the above captioned matter, currently scheduled for 4/28/2023 at 01:30 PM before the Honorable Percy Anderson, be continued for two to three weeks.

The grounds for this request are that the parties are engaged in genuine, good faith settlement discussions directed toward resolution of the matter without further expenditure of the Court's or parties' resources.

In light of the fact that the Defendants have not yet filed a responsive pleading, and the parties are attempting to settle the case, the parties respectfully submit that it would be in the interest of efficient administration of this matter to delay the status conference.

Respectfully submitted:

Dated: 04/27/2023        Law Offices of Marvin H. Weiss

By: /S/ MARVIN H. WEISS/
Marvin H. Weiss, Attorney for Plaintiffs
International Cell Surgical Society;
CELL SURGICAL NETWORK CORPORATION,
a California Corporation;
and CALIFORNIA STEM CELL TREATMENT
CENTER, INC.

Dated: 04/27/2023        Law Office of Lillian Kkosravi

By: _____
Lillian Khosravi, Esq., Attorney for Defendants
KATE KRAWCZYK, an individual and
PHYSICIAN ROI, LLC, a Delaware Limited
Liability Company

Page **2** of **2**

JOINT REQUEST TO CONTINUE STATUS CONFERENCE