# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| International Cell Surgical Society, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:23-cv-00698-DOC-KKx |
| v. | |
| Kate Krawczyk, et al. | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 05/31/2023 | 16 | APPLICATION of Non-Resident Attorney |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The Court orders counsel to rectify errors pursuant to the Clerk's office NOTICE of Deficiency (Dkt. 17) and resubmit application no later than June 15, 2023. No additional fee required. (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-35379876)

Dated: June 8, 2023

By: *David O. Carter*
U.S. District Judge