**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| International Cell Surgical Society, et al.<br><br>PLAINTIFF(S)<br>v.<br>Kate Krawczyk, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:23-cv-00698-DOC-KKx<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 05/25/2023 | 14 | APPLICATION of Non-Resident Attorney |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: June 8, 2023

By: *David O. Carter*
U.S. District Judge / U.S. Magistrate Judge