MARVIN H. WEISS, SBN 35735
LAW OFFICES OF MARVIN H. WEISS
74-075 El Paseo, A-3
Palm Desert, California 92260-4145
Telephone: (760) 340-2500
Facsimile: (760) 462-3815
mhwesq@me.com

Attorney for Plaintiffs
International Cell Surgical Society, Cell
Surgical Network Corporation, and
California Stem Cell Treatment Center, Inc.

LILLIAN KHOSRAVI, ESQ., SBN 316930
LAW OFFICE OF LILLIAN KHOSRAVI
3275 E. Thousand Oaks, Blvd, Suite 211
Thousand Oaks, CA 91362
Telephone: (805) 428-1253
lillian@khosravilaw.com

Attorney for Defendants KATE
KRAWCZYK, an individual and
PHYSICIAN ROI, LLC, a Delaware Limited
Liability Company.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CELL SURGICAL SOCIETY, a California Public Benefit Nonprofit Corporation, CELL SURGICAL NETWORK CORPORATION, a California Corporation, CALIFORNIA STEM CELL TREATMENT CENTER, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> KATE KRAWCZYK, an individual, PHYSICIAN ROI, LLC, a Delaware Limited Liability Company, and DOES 1 through 40, inclusive <br><br> Defendants. | CASE NO. 5:23-cv-00698-DOC-KK <br><br> **STIPULATION AND JOINT REQUEST TO FURTHER CONTINUE DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING PENDING MEDIATION** <br><br> Complaint Filed: 03/02/2023 <br> Current Deadline: 06/17/2023 <br> Proposed Deadline: 08/16/2023 |

Page **1** of **3**

JOINT REQUEST TO CONTINUE DEADLINE FOR DEFENDANTS'
RESPONSIVE PLEADING PENDING MEDIATION

Plaintiffs INTERNATIONAL CELL SURGICAL SOCIETY, CELL SURGICAL NETWORK CORPORATION, a California Corporation, and CALIFORNIA STEM CELL TREATMENT CENTER, INC.**,** a California Corporation **("Plaintiffs")** and Defendants KATE KRAWCZYK, an individual and PHYSICIAN ROI, LLC a Delaware Limited Liability Company **("Defendants") (collectively "the Parties")** HEREBY STIPULATE AND AGREE, and respectfully request that the Court ORDER, that Defendants' deadline to file a pleading in response to Plaintiffs' Complaint in this matter, currently 06/17/2023, be further continued for 60 days to 08/16/2023.

The grounds for this request are that the parties have been engaged in substantial, genuine, good faith settlement discussions directed toward resolution of the matter without further expenditure of the Court's or parties' resources.  However, the parties have concluded that further settlement discussions without the involvement of a neutral third party would be unproductive.  Accordingly, the parties have agreed and wish to participate in voluntary mediation.

The parties believe that a continuance of 60 days would afford sufficient, but not excessive, time to engage a mediation service, develop and submit a joint statement of facts, have a mediator assigned, and schedule and prepare for a mediation.

In the interest of limiting expenditure of the Court's and parties' resources while the parties endeavor to reach mutually agreeable terms for settlement through mediation, it is stipulated and agreed, and respectfully requested, that Defendants' deadline to file a responsive pleading be continued for 60 days, to 08/16/2023.

Respectfully submitted:

Dated: 06/13/2023                          Law Offices of Marvin H. Weiss

By:___/S/ MARVIN H. WEISS/
Marvin H. Weiss, Attorney for Plaintiffs
International Cell Surgical Society**;**

Page **2** of **3**

JOINT REQUEST TO CONTINUE DEADLINE FOR DEFENDANTS'
RESPONSIVE PLEADING PENDING MEDIATION

CELL SURGICAL NETWORK CORPORATION,
a California Corporation;
and CALIFORNIA STEM CELL TREATMENT
CENTER, INC.

Dated: 06/13/2023                Law Office of Lillian Kkosravi


By:    /s/ LILLIAN H. KHOSRAVI /
Lillian Khosravi, Esq., Attorney for Defendants
KATE KRAWCZYK, an individual and
PHYSICIAN ROI, LLC, a Delaware Limited
Liability Company

Page **3** of **3**

JOINT REQUEST TO CONTINUE DEADLINE FOR DEFENDANTS'
RESPONSIVE PLEADING PENDING MEDIATION