LILLIAN KHOSRAVI, ESQ. 316930
LAW OFFICE OF LILLIAN KHOSRAVI
3275 E. THOUSAND OAKS BLVD. SUITE 211
THOUSAND OAKS, CA 91362
805 428 1253
LILLIAN@KHOSRAVILAW.COM

Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
202.743.1972
casey@mclaw.io

(*Motion for Pro Hac Vice Pending (waiting on updated Certificate of Good Service from Tennessee)*)

*Attorneys for Defendants Kate Krawczyk and Physician ROI, LLC*

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – X

**INTERNATIONAL CELL SURGICAL SOCIETY ET AL.**,

        *Plaintiffs,*

        **Case No. 5:23-cv-00698-DOC-KK**

        *v.*

**KATE KRAWCZYK ET AL.,**

        *Defendants.*

1

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ X

## DEFENDANTS' MOTION FOR LEAVE TO EXTEND THE TIME TO FILE ATTORNEY MCKAY'S PRO HAC VICE APPLICATION

COMES NOW, Plaintiffs Kate Krawczyk and Physician, ROI, LLC, and moves this Court for leave to extend the current deadline for Plaintiffs' attorney Casey Scott McKay to submit his updated Certificate of Good Standing in support of his Pro Hac Vice Application, and, in support thereof, states as follows:

1. Mr. McKay mailed in his second request for a Certificate of Good Standing to the Tennessee Supreme Court on 03 June 2023 and is expecting the Certificate of Good Standing to come in the mail any day now.

2. Mr. McKay will resubmit his updated Pro Hac Vice Application, including the up-to-date Certificate of Good Standing as soon as the Certificate is returned from the Tennessee Supreme Court to Mr. McKay.

3. Accordingly, Defendants request this Court extend the deadline for Defendants to submit Mr. McKay's updated Pro Hac Vice Application with the up-to-date Certificate of Good Standing by fourteen days, to 29 June 2023.

**Dated**: 15 June 2023

2

BY: /s/LILLIAN KHOSRAVI/<br>
LILLIAN KHOSRAVI, ESQ. 316930<br>
LAW OFFICE OF LILLIAN KHOSRAVI<br>
3275 E. THOUSAND OAKS BLVD. SUITE 211<br>
THOUSAND OAKS, CA 91362<br>
805 428 1253<br>
LILLIAN@KHOSRAVILAW.COM

By: /s/Casey Scott McKay/<br>
Casey Scott McKay<br>
TN Bar No.: 034028<br>
MC Law, PLLC<br>
1441 U St. NW, Suite 712<br>
Washington, DC, D.C. 20009<br>
202.743.1972<br>
casey@mclaw.io

(*Motion for Pro Hac Vice Pending (waiting on updated Certificate of Good Service from Tennessee)*

*Attorneys for Defendants Kate Krawczyk and Physician ROI, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF notification service, which sent notification of such filing to all pro se parties and counsel of record on 15 June 2023.

**Dated**: 15 June 2023

BY: /s/LILLIAN KHOSRAVI/
LILLIAN KHOSRAVI, ESQ. 316930
LAW OFFICE OF LILLIAN KHOSRAVI
3275 E. THOUSAND OAKS BLVD. SUITE 211
THOUSAND OAKS, CA 91362
805 428 1253
LILLIAN@KHOSRAVILAW.COM


By: /s/Casey Scott McKay/
Casey Scott McKay
TN Bar No.: 034028
MC Law, PLLC
1441 U St. NW, Suite 712
Washington, DC, D.C. 20009
202.743.1972
casey@mclaw.io

(*Motion for Pro Hac Vice Pending (waiting on updated Certificate of Good Service from Tennessee)*)

*Attorneys for Defendants Kate Krawczyk and Physician ROI, LLC*