UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF CALIFORNIA

––––––––––––––––––––––––––––––X

**International Cell Surgical Society et al.,**

    *Plaintiffs,*

                  **Case No: 5:23-cv-00698-DOC-KK**

    *v.*

**Kate Krawczyk et al.,**

    *Defendants.*

––––––––––––––––––––––––––––––

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXTEND TIME TO FILE CASEY MCKAY'S PRO HAC VICE APPLICATION**

Having considered Defendants' Kate Krawczyk and Physician ROI, LLC Motion for Leave to Extend the Time to File Casey McKay's Pro Hac Vice Application, this Court hereby rules as follows:

- Defendants' Motion for Leave to Extend the Time to File Mr. McKay's Pro Hac Vice Application is **GRANTED**, and the deadline

to file Mr. McKay's Updated Pro Hac Vice application with his updated Certificate of Good Standing is extended by fourteen days to 29 June 2023.

**SO ORDERED.**

**Dated**: June 20, 2023

*/s/ David O. Carter*

Hon. David O. Carter

United States District Court Judge