Marvin H. Weiss, CA SBN 035735
74-075 El Paseo, Suite A-3
Palm Desert, CA 93360
Phone: (760) 340-2500\
Fax: (760) 462-3815

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL CELL SURGICAL SOCIETY, CELL SURGICAL NETWORK CORPORATION, CA STEM CELL TREATMENT CENTER, INC.<br><br>Plaintiff(s),<br>v.<br><br>KATE KRAWCZYK<br>PHYSICIAN ROI, LLC<br>DOES 1 through 40, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>5:23-cv-00698-DOC-KK<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed **without prejudice** by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 06/26/2023 | *[signature]* |
| Date | Signature of Attorney/Party |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*